**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JOSEPH H. FLEISCHLI**                                                          **PETITIONER**
**Reg. # 12489-026**

**VS.**                          **2:09CV00137-WRW-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                              **RESPONDENT**

<u>**ORDER**</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Joseph H. Fleischli's petition for writ of habeas corpus (#1) is DISMISSED with prejudice, this 16th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE